UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFIA VITALE, JONATHAN VITALE,<br>Plaintiffs,<br>v.<br>VISTRA CORPORATION, and others,<br>Defendants. | Case Nos. 5:25-cv-02489 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Eumi K. Lee for consideration of whether the case is related to 5:25-cv-02073 EKL, *Kim Solano, and others v. Vistra Corporation.*

**IT IS SO ORDERED.**

Dated: March 18, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 25-cv-02489 NC
SUA SPONTE JUDICIAL REFERRAL