UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TYLER SMITH,<br><br>   Plaintiff,<br><br> v.<br><br>VISTRA CORPORATION, ET AL.,<br><br>   Defendants. | Case No. 25-cv-05407-VKD<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Eumi K. Lee for consideration of whether the case is related to *Solano, et al. v. Vistra Corporation, et al.*, 5:25-cv-02073-EKL.

**IT IS SO ORDERED.**

Dated: June 30, 2025

Virginia K. DeMarchi
United States Magistrate Judge