# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LOU BOCK,<br><br>        Plaintiff,<br><br>    v.<br><br>VISTRA CORPORATION, et al.,<br><br>        Defendants. | Case No.  25-cv-06869-BLF<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Eumi K. Lee for consideration of whether the case is related to *Solano et al v. Vistra Corporation et al*, Case No. 25-cv-02073-EKL.

**IT IS SO ORDERED.**

Dated: October 23, 2025

                                                BETH LABSON FREEMAN
                                                United States District Judge