UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STACK VIEW FARMS INC., et al., | Case No. 25-cv-04193-PCP |
|---|---|
| Plaintiffs, | |
| v. | **SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |
| VISTRA CORPORATION, et al., | |
| Defendants. | |

The Court refers this case to the Honorable Eumi K. Lee to determine whether it is related to *Solano v. Vistra Corp.*, Case No. 25-cv-02073-EKL. Civil L.R. 3-12(c).

The case management conference set for November 6, 2025, is vacated pending further order.

**IT IS SO ORDERED.**

Dated: October 27, 2025

_____
P. Casey Pitts
United States District Judge