UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

*Sua sponte* judicial referrals for purpose of determining relationship (Civil L.R. 3-12) have been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

    25-cv-02073-EKL
    Solano v. Vistra Corporation

I find that the more recently filed cases that I have initialed below are related to the case assigned to me, and such cases shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
| --- | --- | --- | --- |
| 25-cv-04193-PCP | Stack View Farms Inc. v. Vistra Corporation | EKL | |
| 25-cv-06869-BLF | Bock v. Vistra Corporation | EKL | |

**ORDER**

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Federal Rule of Civil Procedure 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: November 4, 2025                    By: _____

                                                              Eumi K. Lee
                                                             United States District Judge