BLAIR V. KITTLE (SBN 336367)
bkittle@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP\***
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

*Counsel for* Solano, Vitale, Kloeppel, Collier, Bright Future Solar Energy, LLC, Martin, *and* Bock *Plaintiffs*

J. DAVID NICK (SBN 157687)
**LAW OFFICES OF J. DAVID NICK, APLC\***
1111 E. Tahquitz Canyon Way Suite 115
Palm Springs, CA 92262
Tel: (760) 778-8250
E: jdavidnick@lawyer.com

*Counsel for* Stack View Farms, Inc. *and* Smith *Plaintiffs*

**GIBSON, DUNN & CRUTCHER LLP\***
Austin Schwing (SBN 211696)
aschwing@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200

*Attorney for Defendants Vistra Corp.; Vistra Corporate Services Company; Dynegy Operating Company; Moss Landing Power Company, LLC; Moss Landing Energy Storage 3, LLC; Luminant Power LLC; and Luminant Power Generation, LLC*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP\***
Jeffrey N. Boozell (Bar No. 199507)
jeffboozell@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000

*Counsel for Defendants LG Energy Solution Arizona, Inc.; and LG Energy Solution Vertech, Inc.*

\*Additional counsel on signature pages

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Solano v. Vistra Corp*<br>*Vitale v. Vistra Corp.*<br>*Kloeppel v. Vistra Corp.*<br>*Collier v. Vistra Corp.*<br>*Stack View Farms, Inc. v. Vistra Corp.*<br>*Smith v. Vistra Corp.*<br>*Bright Future Solar Energy, LLC v. Vistra Corp.*<br>*Martin v. Vistra Corp.*<br>*Bock v. Vistra Corp.* | Case No. 5:25-cv-02073-EKL<br>Case No. 5:25-cv-02489-EKL<br>Case No. 5:25-cv-02800-EKL<br>Case No. 5:25-cv-02951-EKL<br>Case No. 5:25-cv-04193-EKL<br>Case No. 5:25-cv-05407-EKL<br>Case No. 5:25-cv-05485-EKL<br>Case No. 5:25-cv-05804-EKL<br>Case No. 5:25-cv-06869-EKL<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge Eumi K. Lee<br>Courtroom 7, 4th Floor<br>Date: January 8, 2026<br>Time: 3:00 p.m. |

On October 16, 2025, Plaintiffs Kim Solano, Luis Solano, The Haute Enchilada, Inc., Haute Properties, LLC, Sofia Vitale, Jonathan Vitale, Mari Kloeppel, Klaus Kloeppel, Robert Collier, Fabienne Boulongne-Collier, Stack View Farms, Inc., David Hyland, Tyler Smith, Bright Future Solar Energy, Inc., Central Coast Renewables, LLC, and Linda Martin, (collectively with Lou Bock, "Plaintiffs"); Defendants Vistra Corp., Vistra Corporate Services Company, Dynegy Operating Company, Moss Landing Power Company, LLC, Moss Landing Energy Storage 3, LLC, Luminant Power Generation LLC (collectively, "Vistra"); and LG Energy Solution Arizona, Inc. ("LGES Arizona"), and LG Energy Solution Vertech, Inc. ("LGES Vertech" and together with LGES Arizona, "LG Defendants") filed Joint Case Management Statements pursuant to Federal Rules of Civil Procedure 16 and 26, Civil Local Rule 16-9, and the Standing Order for All Judges of the Northern District of California.  The Parties file this Supplemental Joint Case Management Statement in advance of the January 8, 2026 case management conference to update the Court on developments since those Joint Case Management Statements were filed.

**Jurisdiction and Service**

Plaintiffs allege that all Defendants are subject to specific personal jurisdiction in California because a substantial part of the events and conduct giving rise to Plaintiffs' claims occurred in California.  The LG Defendants dispute that either LGES Arizona or LGES Vertech are subject to personal jurisdiction, and the Court granted their motion to dismiss on that basis with leave to amend in *Solano* and *Vitale*.  *Solano*, Dkt. 97 at 49:21–50:5; *see also id.*, Dkt. 93; *Vitale*, Dkt. 68.

**Motions and Amendment to Pleadings**

*Motion to Dismiss*.  Vistra and the LG Defendants filed motions to dismiss in *Solano v. Vistra Corp.*, No. 5:25-CV-02073-EKL ("*Solano*"), and *Vitale v. Vistra* Corp.,  No. 5:25-CV-02489-EKL ("*Vitale*").  On November 13, 2025, the Court held a hearing on these motions.  At the hearing, the Court granted the LG Defendants' motions to dismiss with leave to amend based on lack of personal jurisdiction, granted Vistra's motion to dismiss in *Vitale* with partial leave to amend, and took Vistra's motion to dismiss in *Solano* under submission.  The deadline for the plaintiffs to file amended complaints in *Solano* and *Vitale* will be 14 days after the Court issues a written order regarding Vistra's motion to dismiss in *Solano*.  Defendants anticipate that they may file motions to dismiss the amended

complaints that are to be filed in *Solano* and *Vitale*. The Parties have filed a stipulation that, in the interests of the parties and judicial efficiency, Defendants will not respond to the complaints in the other federal cases at this time. Plaintiffs' deadlines to amend their complaints, or inform Defendants that they do not intend to amend, in all other cases will be thirty (30) days after the Court issues orders on the motions to dismiss the amended complaints in *Solano* and *Vitale*. Defendants' deadline to respond to the pleadings is (45) forty-five days after the plaintiffs file, or inform Defendants they do not intend to file, an amended complaint.

***Judicial Council Coordination Proceedings ("JCCP") Petition (State Court).*** The state court plaintiffs filed a JCCP petition (JCCP No. 5427) on October 30, 2025. The Judicial Council has designated Alameda County for the motion hearing, but no coordination motion trial judge has been assigned, and no hearing date has been set. Vistra intends to file a notice of non-opposition to the petition.

**Vistra's Anticipated Motion**

Vistra intends to file an administrative motion to relate *Bright Future Solar Energy, Inc. v. Vistra Corp.*, 5:25-cv-05485-EKL ("*Bright Future*"), and *Martin v. Vistra Corp.*, 5:25-cv-05804-EKL ("*Martin*"), to *Solano* under Civil L.R. 3-12.

**Evidence Preservation**

The Plaintiffs in *Schmidt v. Moss Landing Power Company*, 25CV109594 (Alameda Superior Ct.), filed a "Motion for Preservation Order Regarding Battery Evidence and Predictive Analysis by Defendants LG Energy Solution, LTD., LG Energy Solution Arizona, Inc., LG Energy Solution Michigan, Inc., and LG Energy Solution Vertech, Inc," which requested, among other things, that the court order those LG entities to apply their algorithm to available data for certain batteries at ML300 and order defendants, including Vistra, to preserve batteries identified by the algorithm. The LG entities responded to the motion by indicating that they intended to contest personal jurisdiction and therefore were constrained from responding substantively to the motion. This motion was granted on December 9, 2025, and the judge entered an order on December 16, 2025, ordering, among other things, that "the LG Defendants shall produce to all parties the generated list of battery modules flagged in 2025 by the 2025 AI tool," "must preserve the results of all prior applications of the 2025 AI Tool to

any ML300 data," "shall promptly run the 2025 AI Tool on the ML300 data that existed just before (or at the time of) the Moss Landing Fire," and "shall promptly produce the results of the 2025 AI Tool application . . . to all parties," by December 23, 2025. It additionally ordered Vistra to "preserve 75 unburned batter modules" as selected "following a meet and confer between Vistra and Plaintiffs." The LG entities contend that the proposed order on which that court's order was based, which was submitted by Plaintiffs in collaboration with Vistra and without conferring with the LG entities, did not accurately reflect the court's direction at the hearing and the LG entities will be bringing this issue to that court's attention.

**Initial Disclosures**

Plaintiffs and Vistra exchanged Rule 26(a)(1) initial disclosures on November 24, 2025, and December 5, 2025 (Vistra's disclosures in *Bock*). LGES Arizona and LGES Vertech have taken the position that they are not required to serve initial disclosures at this time in light of the Court's ruling in *Solano* and *Vitale* that it lacks personal jurisdiction over either entity, a ruling that they contend applies equally to the other federal cases.

**Discovery**

The Parties agree it is important to coordinate discovery with the state court cases and, as such, are awaiting a decision on the JCCP petition before submitting a proposed discovery schedule.

**Related Cases**

Since the initial Joint Case Management Statements were filed, *Stack View* and *Bock* were formally related to *Solano* and reassigned to Judge Eumi K. Lee. *Bright Future Solar Energy, Inc. v. Vistra Corp.*, 5:25-cv-05485-EKL and *Martin v. Vistra Corp.*, 5:25-cv-05804-EKL, while already assigned to Judge Eumi K. Lee, have not formally been related to *Solano* under Civil L.R. 3-12. Vistra intends to file an administrative motion to relate these cases. Two additional state court cases have been filed since October 16: *Monterey Bay Eco Tours, LLC v. Vistra Corp.*, 25CV153591 (Alameda Superior Ct.) ("*Monterey Bay Eco Tours*"), and *Johnson v. Moss Landing Power Company*, (case number not assigned yet) (Alameda Superior Ct.). Vistra provided notice to the Judicial Counsel of California that *Monterey Bay Eco Tours* is a potential add-on case for inclusion in the JCCP.

Below is a list of all cases:

**Federal:** *Solano v. Vistra Corp.,* 5:25-CV-02073-EKL; *Vitale v. Vistra Corp.*, 5:25-cv-02489-EKL; *Kloeppel v. Vistra Corp.*, 5:25-cv-02800-EKL; *Collier v. Vistra Corp.*, 5:25-cv-02951-EKL; *Stack View Farms Inc. v. Vistra Corp.*, 5:25-cv-04193-EKL; *Smith v. Vistra Corp.*, 5:25-cv-5407-EKL; *Bright Future Solar Energy, Inc. v. Vistra Corp.*, 5:25-cv-05485-EKL; *Martin v. Vistra Corp.*, 5:25-cv-05804-EKL; and *Bock v. Vistra Corp.*, 5:25-cv-06869-EKL.

**State:** *Vierra v. Moss Landing Power Company, LLC*, 25CV001943 (Monterey Superior Ct.); *Schmidt v. Vistra Corp.*, 25CV109594 (Alameda Superior Ct.); *Roeder v. Moss Landing Power Company, LLC*, 25CV114147 (Alameda Superior Ct.); *Jackson v. Vistra Corp.*, 25CV116109 (Alameda Superior Ct.); *Monterey Bay Eco Tours, LLC v. Vistra Corp.*, 25CV153591 (Alameda Superior Ct.); and *Johnson v. Moss Landing Power Company* (case number not assigned yet) (Alameda Superior Ct.).

**Settlement and ADR**

The Parties maintain that an early resolution is unlikely at this time.

**Scheduling**

The Parties believe a scheduling order is premature while another round of motion to dismiss briefing is anticipated in *Solano* and *Vitale* and state court coordination has not occurred yet. As discussed with this Court at the hearing on the motions to dismiss in *Solano* and *Vitale*, to the extent these cases survive pleading challenges, it is important that the case structure and schedule be coordinated with the state cases to avoid conflict and ensure efficiency. If the Court does not grant Defendants' motions to dismiss the amended complaints in *Vitale* and *Solano* in full, the Parties agree to confer further on the case schedule and coordinate with the parties in the state court proceedings and present a proposed schedule.

| | | |
|---|---|---|
| Dated: December 23, 2025 | | Respectfully submitted, |

By: */s/ Joseph W. Cotchett*
**COTCHETT, PITRE & McCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
jcotchett@cpmlegal.com
Blair V. Kittle (SBN 336367)
bkittle@cpmlegal.com
Caroline A. Yuen (SBN 354388)
cyuen@cpmlegal.com
Pierce H. Stanley (SBN 352152)
pstanley@cpmlegal.com
Jacqueline Grace Seifert (SBN 363875)
gseifert@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

**LAW OFFICE OF MOLLY ERICKSON**
Molly E. Erickson (SBN 253198)
erickson@stamplaw.us
PO Box 2448
Monterey, CA 93942-2448
Telephone: (831) 373-1214

*Counsel for* Solano, Vitale, Kloeppel, Collier, Bright Future Solar Energy, LLC, Martin, *and* Bock *Plaintiffs*

Dated: December 23, 2025

By: */s/ J. David Nick*
J. DAVID NICK (SBN 157687)
**LAW OFFICES OF J. DAVID NICK, APLC**
1111 E. Tahquitz Canyon Way Suite 115
Palm Springs, CA 92262
Tel: (760) 778-8250
E: jdavidnick@lawyer.com

RUSS GOODROW (SBN 248921)
**GOODROW LAW OFFICE**
3463 State Street, #249
Santa Barbara, CA 93105
Tel: (415) 722-7877
E: russ@goodrowlaw.com

*Counsel for* Stack View Farms, Inc. *and* Smith *Plaintiffs*

Dated: December 23, 2025

By:  /s/ Austin Schwing
**GIBSON, DUNN & CRUTCHER LLP**
Austin Schwing, SBN 211696
ASchwing@gibsondunn.com
Winston Y. Chan, SBN 214884
WChan@gibsondunn.com
Deena B. Klaber, SBN 285237
DKlaber@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200

Abbey Hudson, SBN 266885
AHudson@gibsondunn.com
Virginia Somaweera, SBN 318866
VSomaweera@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000

Michael Raiff, *pro hac vice*
MRaiff@gibsondunn.com
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
Telephone: 214.698.3100

*Attorneys for Defendants Vistra Corp.; Vistra Corporate Services Company; Dynegy Operating Company; Moss Landing Power Company, LLC; Moss Landing Energy Storage 3, LLC; Luminant Power LLC; and Luminant Power Generation, LLC*

Dated: December 23, 2025

By: */s/ Jeffrey N. Boozell*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Jeffrey N. Boozell (Bar No. 199507)
jeffboozell@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Eric C. Lyttle
ericlyttle@quinnemanuel.com
J. Matthew Hamann
matthewhamann@quinnemanuel.com
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Patrick J. King
patrickking@quinnemanuel.com
Melanie Guzman
melanieguzman@quinnemanuel.com
700 Louisiana Street, Suite 3900
Houston, Texas 77002
Telephone: (713) 221-7000
Facsimile: (713) 221-7100

*Counsel for Defendants LG Energy Solution Arizona, Inc.; and LG Energy Solution Vertech, Inc.*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: December 23, 2025                    By:   */s/ Austin Schwing*
                                                                    Austin Schwing