1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KIM SOLANO; LUIS SOLANO; THE HAUTE ENCHILADA, INC.; and HAUTE PROPERTIES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>VISTRA CORPORATION; VISTRA CORPORATE SERVICES COMPANY; DYNEGY OPERATING COMPANY; MOSS LANDING POWER COMPANY, LLC; MOSS LANDING ENERGY STORAGE 3, LLC; LUMINANT POWER LLC; LUMINANT POWER GENERATION, LLC; LG ENERGY SOLUTION ARIZONA, INC.; and LG ENERGY SOLUTION VERTECH, INC.,<br><br>Defendants. | CASE NO. 5:25-CV-02073-EKL; RELATED CASE NOS. 5:25-CV-05485-EKL; 5:25-CV-05804-EKL<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>Judge Eumi K. Lee<br>Courtroom 7, 4th Floor<br><br>First Action Filed: February 27, 2025 |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER
Case No. 5:25-CV-02073-EKL

**[PROPOSED] ORDER**

Defendants Vistra Corp.; Vistra Corporate Services Company; Dynegy Operating Company; Moss Landing Power Company LLC; Moss Landing Energy Storage 3, LLC; Luminant Power, LLC, and Luminant Power Generation, LLC ("Vistra") filed an Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12 in the above-captioned action.  Vistra moved the Court to determine that *Bright Future Solar Energy, Inc., et al., v . Vistra Corp., et al.*, Case No. 5:25-CV-05485-EKL, and *Martin v. Vistra Corp, et al.*, Case No. 5:25-CV-05804-EKL, are related to *Solano, et al. v. Vistra Corp., et al.* ("*Solano*"), Case No. 5:25-CV-02073-EKL, which is pending before this Court.

Under Civil Local Rule 3-12(a), "[a]n action is related to another when: (1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Having reviewed the Vistra Defendants' Administrative Motion and the papers in *Solano*, *Bright Future*, and *Martin*, the Court finds the actions are "related" as defined in Civil Local Rule 3-12(a) and **ORDERS** that they be deemed "related."

**IT IS SO ORDERED.**

Dated:  January  8, 2026

The Honorable Eumi K. Lee
U.S. District Court Judge